## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shalona Douglas aka Shalona A. Douglas<br>_Debtor(s)_ | CHAPTER 13 |
| Nissan Motor Acceptance Corporation<br>_Movant_<br>vs.<br>Shalona Douglas aka Shalona A. Douglas<br>_Debtor(s)_ | NO. 18-10611 mdc |
| William C. Miller Esq.<br>_Trustee_ | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Nissan Motor Acceptance Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 NISSAN ALTIMA , VIN: 1N4AL3AP8HC235240  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this   8th    day of  September, 2020.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Shalona Douglas aka Shalona A. Douglas
7305 Thouron Avenue
Philadelphia, PA 19138-1220

Mark W. Adams, Esq.
Law Offices of Mark W. Adams 219 Race Street (VIA ECF)
Suite B
Philadelphia, PA 19106

William C. Miller Esq.
Chapter 13 Trustee P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532