United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-10611-mdc
Shalona Douglas                                                                           Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD              Page 1 of 1           Date Rcvd: Sep 08, 2020
                          Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2020.
db             Shalona Douglas,    7305 Thouron Avenue,    Philadelphia, PA   19138-1220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:
       CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com
       MARK W. ADAMS    on behalf of Debtor Shalona  Douglas mark-law@comcast.net, mark-law2@comcast.net
       REBECCA ANN SOLARZ    on behalf of Creditor   Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                     TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shalona Douglas aka Shalona A. Douglas<br>Debtor(s) | CHAPTER 13 |
| Nissan Motor Acceptance Corporation<br>Movant<br>vs. | NO. 18-10611 mdc |
| Shalona Douglas aka Shalona A. Douglas<br>Debtor(s) | |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Nissan Motor Acceptance Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 NISSAN ALTIMA , VIN: 1N4AL3AP8HC235240  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this   8th     day of  September, 2020.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Shalona Douglas aka Shalona A. Douglas
7305 Thouron Avenue
Philadelphia, PA 19138-1220

Mark W. Adams, Esq.
Law Offices of Mark W. Adams 219 Race Street (VIA ECF)
Suite B
Philadelphia, PA 19106

William C. Miller Esq.
Chapter 13 Trustee P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532