Certificate Number: 17572-PAE-DE-035249250

Bankruptcy Case Number: 18-10611



17572-PAE-DE-035249250

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 8, 2021, at 2:21 o'clock PM PST, Shalona A Douglas completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 8, 2021    By:   /s/Kelly Faulks

Name:  Kelly Faulks

Title:  Counselor