United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-10611-mdc

Shalona Douglas     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: May 18, 2021     Form ID: 138NEW     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shalona Douglas, 7305 Thouron Avenue, Philadelphia, PA 19138-1220 |
| 14048071 | + | Huntingdon Valley Christian Academy, 1845 Byberry Road, Huntingdon Valley, PA 19006-3501 |
| 14570854 | + | Mark W Adams, Esquire, 219 Race Street, Suite B, Philadelphia, PA 19106-1909 |
| 14116429 | + | Nelnet on behalf of ECMC, ECMC, PO Box 16408, St. Paul MN 55116-0478, 888-363-4562 Bankruptcydept@ecmc.org 55116-0408 |
| 14115333 | | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 14048073 | + | Nissan Motor Acceptance Corp/Infinity LT, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 14525655 | + | Nissan Motor Acceptance Corporation, c/o Rebecca Solarz, Esq, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14525613 | + | Nissan Motor Acceptance Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14048079 | + | Wells Fargo Bank, PO Box 10438, MACF8235-02F, Des Moines, IA 50306-0438 |
| 14048078 | + | Wells Fargo Bank, Attn: Bankruptcy, PO Box 94435, Albuquerque, NM 87199-4435 |
| 14122632 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2021 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2021 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2021 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2021 01:54:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14048067 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 19 2021 01:53:12 | Capital One, Attn: Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14048069 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2021 01:49:00 | Comenity Capital Bank/HSN, PO Box 182125, Columbus, OH 43218-2125 |
| 14111781 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:51:31 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14048077 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:55:08 | VISA Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14048070 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2021 01:51:33 | DSNB Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14265716 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2021 01:49:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14048068 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |

| | | | | |
|---|---|---|---|---|
| | | | May 19 2021 01:55:00 | Chase Card Services, Attn: Correspodence, PO Box 15278, Wilmington, DE 19850 |
| 14048072 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | May 19 2021 01:58:00 | Nelnet Loans, PO Box 82505, Lincoln, NE 68501-2505 |
| 14049749 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | May 19 2021 01:55:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14118115 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 19 2021 01:49:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14048074 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 19 2021 01:53:08 | Synch/Lord & Taylor, Attn:: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14048075 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 19 2021 01:53:08 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14048076 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 19 2021 01:53:08 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| MARK W. ADAMS | on behalf of Debtor Shalona Douglas mark-law@comcast.net mark-law2@comcast.net |
| REBECCA ANN SOLARZ | on behalf of Creditor Nissan Motor Acceptance Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Shalona Douglas
      Debtor(s)

Bankruptcy No: 18−10611−mdc
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 5/18/21

61 − 60
Form 138_new